Leslie T. Gladstone (144615)
Christin A. Batt (222584)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596

Attorneys for Trustee, Leslie T. Gladstone

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES H. OSBORNE and<br>SUE OSBORNE,<br><br><br>       Debtor. | Case No.: 09-18846-LT7<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL COOPERATION AND TURNOVER OF PROPERTY AND FOR RECOVERY OF ATTORNEY'S FEES**<br><br>Date:   November 3, 2011<br>Time:   10:00 a.m.,<br>Dept.:  Three (3), Room 129<br>Honorable Laura S. Taylor |

NOTICE IS HEREBY GIVEN that on November 3, 2011, at 10:00 a.m., in Department Three (3) of the United States Bankruptcy Court, Southern District of California, 325 West "F" Street, San Diego, California, the Honorable Laura S. Taylor, Bankruptcy Judge, presiding, a hearing will be held on the chapter 7 trustee, Leslie T. Gladstone's, (the "**Trustee**") Motion to Compel Cooperation and Turnover of Property and for Recovery of Attorney's Fees.

This bankruptcy case was commenced on December 8, 2009, under Chapter 7 of the United States Bankruptcy Code. The Trustee was appointed as chapter 7 trustee on or about the same date.

The assets in this bankruptcy estate include, without limitation, a condominium (the "**Condo**") located in Turkey, valued by the Debtors at $40,000.00 (USD), in which the Debtors claimed no

exemption and in which the Trustee had independently valued at between $110,000.00 and $150,000.00 (USD) through a realtor in Turkey.

The Debtors have been well aware that the Trustee was investigating the value of the Condo and attempting to sell the Condo as nonexempt property of the estate. In response to the Trustee's request, the Debtors failed to turnover keys to the Condo. The Trustee recently learned that, without the Trustee's knowledge or consent, the Condo was sold. The Trustee has made multiple requests by way of electronic mail and phone calls to the Debtors' attorney requesting information regarding the sale of the Condo. The Debtors have failed to respond to the Trustee's requests for information about the sale of the Condo and turnover of the net proceeds of the sale.

The Trustee now requests an order compelling the Debtors to cooperate with the Trustee and immediately turnover all information pertaining to the sale of the Condo, including an accounting of the sale and payment of any liens and costs of sale, and turnover of all proceeds from the sale of the Condo. The Trustee further requests the sum of at least $2,200.00 for the costs of preparing this Motion and attending the hearing on this matter.

Any opposition to this Motion must be filed with the Bankruptcy Court and served on the undersigned no later than 14 days from the date this Motion is served (there is an additional three (3) days allowed for service by mail). Failure to file an opposition will be deemed a consent to the Motion. This Motion is supported by this Notice of Motion and Motion; the Memorandum of Points and Authorities in Support; the Declaration of Sandra Young; and the Declaration of Christin A. Batt; together with all pleadings and Court documents on file in this case. Any party wanting to obtain a copy of these documents may make a written request of the undersigned and a copy will be provided to you or you can obtain a copy from the clerk of the Bankruptcy Court, 325 West "F" Street, San Diego, California during the Court's business hours.

FINANCIAL LAW GROUP

Dated: September 30, 2011     By: /s/ Christin A. Batt
                                  Christin A. Batt,
                                  Attorney for Leslie T. Gladstone, Trustee

# PROOF OF SERVICE

I, the undersigned, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 401 Via Del Norte, La Jolla, California 92037.

On  September 30, 2011           , I caused to be served:

**NOTICE OF MOTION AND MOTION TO COMPEL COOPERATION AND TURNOVER OF PROPERTY AND FOR RECOVER OF ATTORNEY'S FEES**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL COOPERATION AND TURNOVER OF PROPERTY AND FOR RECOVERY OF ATTORNEY'S FEES**

**DECLARATION OF CHRISTIN A. BATT IN SUPPORT OF MOTION TO COMPEL COOPERATION AND TURNOVER OF PROPERTY AND FOR RECOVERY OF ATTORNEY'S FEES**

**DECLARATION OF SANDRA YOUNG IN SUPPORT OF MOTION TO COMPEL COOPERATION AND TURNOVER OF PROPERTY AND FOR RECOVERY OF ATTORNEY'S FEES**

on the parties in this action by placing a true and correct copy thereof in a sealed envelope(s), addressed as follows:

| | |
|---|---|
| **Debtor's Attorney** | **Special Notice** |
| Maria J. Nunez | Recovery Management Systems Corp. |
| Nunez Law Corporation | 25 S.E. 2nd Avenue, Suite 1120 |
| 1350 Columbia Street, Suite 500 | Miami, FL 33131-1605 |
| San Diego, Ca 92101 | |

**United States Trustee**
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

■    (BY FIRST-CLASS U.S. MAIL) I placed each such sealed, prepaid envelope, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 30, 2011, at La Jolla, California.

/s/ Sandra Young
Sandra Young